UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CR330 JCH |
| ) | |
| KENDRA FLYMN, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Defendant Kendra Flymn's pre-trial Motion to Suppress Evidence and Statements (ECF No. 36). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Nannette A. Baker, who filed a Report and Recommendation on October 14, 2011. Neither party submitted objections to the Report and Recommendation.

Magistrate Judge Baker recommends that the Court deny Defendant's motion. After de novo review of the entire record in this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [ECF No. 65] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant Kendra Flymn's Motion to Suppress Evidence and Statements [ECF No. 36] is **DENIED**.

Dated this __15th__ day of November, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE